734 A.2d 1277

COMMONWEALTH of Pennsylvania, Appellant,

v.

Timothy Allan NORTHRUP, Appellee.

Supreme Court of Pennsylvania.

Submitted Aug. 9, 1999.

Decided Sept. 8, 1999.

Jackie Atheron Bernard, Duncansville, for Com.

Loreen M. Kemps, Duncansville, for Timothy Allan Northrup.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### ORDER

PER CURIAM.

Based upon our disposition in *Commonwealth v. Williams*, 557 Pa. 285, 733 A.2d 593 (1999), we affirm the Order of the Blair County Court of Common Pleas dated January 13, 1998. Furthermore, we remand the matter to the common pleas court for disposition of any remaining issues.

Jurisdiction is relinquished.